AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) Ronald M. Webb | TITLE Revenue Officer (IRS) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Anacostia Bible Church, Rev. Jimmy Strows, 1610 T St. S.E., Washington, DC 20020

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 6, 2008        Ronald M. Webb
            Date                Signature of Server

500 North Capitol St. N.W.
Washington, DC 20221
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.